

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>LAURENCE COHEN N/K/A BERYL )<br>PORTER, )<br>)<br>Defendant. )<br>) | No. 98 CR 218-1<br><br>Judge William T. Hart |

### ORDER

Upon motion of the United States, it is hereby,

ORDERED that GE Capital be substituted for Montgomery Ward as the victim owed restitution in the amount of $16,699.15.

It is further ORDERED that any restitution payments disbursed to GE Capital shall be sent to: GE Capital, ATTN: Legal Department, 901 Main Avenue, Norwalk, CT 06851.

ENTERED:

_____
Judge William T. Hart

4/15/2010